

**NUMBER 13-08-00176-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TAMMY LOU MASON,                                                  Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

On appeal from the 36th District Court
of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Memorandum Opinion Per Curiam**

Pursuant to a plea bargain, appellant, Tammy Lou Mason, pleaded guilty to delivery of cocaine in trial court cause number S-08-3047-CR, appealed to this Court as appellate cause number 13-08-00176-CR. The trial court has certification that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On April 4, 2008, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On May 14, 2008, counsel responded and stated that the trial court erroneously certified that Appellant did have a right to appeal, but subsequently executed a corrected trial court certification indicating that this was a plea bargain case and that appellant did not have the right of appeal.

The Texas Rules os Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this the 5th day of June, 2008.